1166

No. 93–6606. LEE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–6618. FRANCIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–6621. BOYENGA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6771. MONTGOMERY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6791. MEIER v. LEVINSON ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–6823. PRYOR v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–6837. THOMAS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–6843. SIWINSKI v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–6918. PALACIO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–6923. BURNLEY v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 93–6938. CLARKE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–6962. MEDINA-BATISTA v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied.

No. 93–6990. URRUNAGA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–7048. EVANS v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 93–7182. ORNELAS-MARTINEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–7190. TILLMAN v. CONROY ET AL. C. A. 7th Cir. Certiorari denied.